COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 21, 2016
 No. 10-16-00029-CR
 JOSE MANUEL PEREZ
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 77[th] District Court
 Limestone County, Texas
 Trial Court No. 13542-A
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Judgment of Conviction (Count Three) signed on January 19, 2016 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
1101090736917500 Nita Whitener, Deputy Clerk